■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JAMES A. HADGES, Appellant. — Appeal from a judgment of the County Court of Broome County (Monserrate, J.), rendered

September 16, 1983, upon a verdict convicting defendant of the crimes of attempted sodomy in the first degree and endangering the welfare of a child.

Judgment affirmed (*see, People v Crampton,* 107 AD2d 998). Mahoney, P. J., Weiss, Mikoll, Yesawich, Jr., and Harvey, JJ., concur.